UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.                                               CRIMINAL NO.   23-cr-00891

  JEYAKUMAR NADARAJAH                            **APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for   JEYAKUMAR NADARAJAH
                                                       Name of Defendant

    I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

  SEE ATTACHED ADDENDUM
Court(s)                                         Year(s) of Admission

Date:   12/19/2023                               /s/ Manisha M. Sheth
                                                 Signature of Attorney

                                                 Manisha M. Sheth
                                                 Print Name
                                                 Quinn Emanuel Urquhart & Sullivan LLP
                                                 51 Madison Avenue, 22nd Floor
                                                 Address

                                                 New York, New York 10010
                                                 City State Zip Code

                                                 212- 849-7000
                                                 Phone Number Fax Number

DNJ-CR-013 (03/2010)

**ADDENDUM**

| | |
|---|---|
| State of New York | July 1999 |
| U.S. District Court, Southern Dist. of NY | March 2000 |
| U.S. District Court, Eastern Dist. of NY | April 2000 |