William A. Burck
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW Suite 900
Washington, D.C. 20005
212-849-7000
williamburck@quinnemanuel.com

Rachna Shah
VANGUARD LAW OFFICE PLLC
149 East 23rd St #334
New York, New York 10010
917-409-8350
rachna@vanguardlawoffice.com

*Attorneys for Defendant*
*Jeyakumar Nadarajah*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEYAKUMAR NADARAJAH,<br><br>Defendant. | No. 23-CR-00891-CCC<br><br>Hon. Claire C. Cecchi<br><br>**MOTION FOR CONTINUANCE** |

Defendant Jeyakumar Nadarajah, by and through undersigned counsel, respectfully moves for an Order continuing the above-referenced action and excluding time computed under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 et. seq. In support of this motion, the Defendant states:

1.  The failure to grant a continuance would deny counsel for the Defendant and counsel for the Government the reasonable time necessary for effective preparation in this matter, taking into account the exercise of due diligence.

2.  Mr. Nadarajah consents to the aforementioned continuance.

3.  The grant of a continuance likely will conserve judicial resources

4.  A proposed order is included with this motion as **Exhibit 1**.

*** *** ***

For the foregoing reasons, the Defendant respectfully requests that this Court grant the Motion for Continuance and enter the proposed Order continuing the above-referenced action and excluding time computed under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 et. seq.

//

//

//

                                              Respectfully submitted,

Dated: New York, New York     QUINN EMANUEL URQUHART &
         January 31, 2024                   SULLIVAN LLP

                                        By: /s/ William A. Burck
                                              William A. Burck
                                              51 Madison Avenue, 22nd Floor
                                              New York, New York 10010
                                              212-849-7000
                                              williamburck@quinnemanuel.com

                                              VANGUARD LAW OFFICE PLLC
                                              Rachna Shah
                                              149 East 23rd St #334
                                              New York, New York 10010
                                              917-409-8350
                                              rachna@vanguardlawoffice.com

                                              *Attorneys for Defendant*
                                              *Jeyakumar Nadarajah*

## CERTIFICATE OF SERVICE

I hereby certify pursuant to 28 U.S.C. § 1746 that on this date the annexed Motion for Scheduling Order was filed via the CM/ECF system for the United States District Court for the District of New Jersey thereby effectuating service upon all counsel of record via electronic means.

I certify under the penalty of perjury that the foregoing is true and correct. Executed in New York, New York on this 31st day of January, 2024.

/s/ William A. Burck
William A. Burck