# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 23-CR-00891-CCC |
| v. | Hon. Claire C. Cecchi |
| JEYAKUMAR NADARAJAH, | NOTICE OF *EX PARTE*, UNDER SEAL APPLICATION FOR THE ISSUANCE OF A RULE 17(c) SUBPOENA |
| Defendant. | |

**TO:** Scott Armstrong, Trial Attorney (*via ECF*)
John J. Liolos, Trial Attorney (*via ECF*)
Jennifer S. Kozar, Assistant U.S. Attorney (*via ECF*)

**PLEASE TAKE NOTICE** that Defendant Jeyakumar Nadarajah will move this Court for an Order issuing a subpoena *duces tecum* pursuant to Federal Rule of Criminal Procedure 17(c). In support of this application, Mr. Nadarajah respectfully relies upon his Memorandum in Support and exhibit, which are filed *in camera* and *ex parte*.[1] A proposed form of order accompanies this Notice.

---

[1] *See United States v. Khaimov*, No. 3:18-cr-00462-MAS, 2023 WL 2744062, at *1 (D.N.J. Mar. 31, 2023) (permitting *ex parte* and under seal application for pretrial subpoena *duces tecum* under Rule 17(c) where defendant could not make the required showing for issuance of pretrial subpoenas without revealing trial strategy).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 5, 2024 | By: /s/ Rahul Agarwal & Zach Intrater |

        **Friedman Kaplan Seiler Adelman & Robbins LLP**
        Rahul Agarwal
        7 Times Square
        New York, NY 10036
        (212) 833-1132
        ragarwal@fklaw.com

        **Agnifilo Intrater LLP**
        Zach Intrater
        445 Park Ave, 7th Floor
        New York, NY 10022
        (917) 721-7331
        zach@agilawgroup.com

        *Counsel for Defendant*
        *Jeyakumar "Jack" Nadarajah*