UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Hon. Claire C. Cecchi |
| v.  : | No. 23-CR-00891 |
| : | |
| JEYAKUMAR NADARAJAH : | |
| Defendant. : | |

_____

**Scheduling Order**

This matter being before the Court and set for trial on or about February 4, 2025; and the parties having agreed upon a schedule for pretrial matters; and the Court having accepted such schedule, and for good cause shown,

It is on this  23  day of   September   , 2024, hereby ORDERED that:

1. **Government's Expert Disclosures**. By October 7, 2024, the government shall provide expert witness disclosures as required under Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, including providing draft charts of the specific trading sequences that it will offer in its case-in-chief at trial. By November 8, 2024, the Defendant shall file any motions challenging (a) the sufficiency of the government's expert disclosures and (b) the admissibility of expert testimony offered by the government. By November 22, 2024, the United States shall file any replies;

2. **Defendant's Expert Disclosures**. By November 4, 2024, the Defendant shall provide expert witness disclosures as required under Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure. By December 6, 2024, the United States shall file any motions challenging (a) the sufficiency of the Defendant's expert disclosures and (b) the admissibility of expert testimony offered by the Defendant. By December 20, 2024, the Defendant shall file any replies;

3. **Exhibits, Witnesses, Rule 404(b), Jencks Act and *Giglio*.** By December 13, 2024, the government shall (a) file its witness list and exhibit list with the Court, (b) provide copies of all relevant exhibits to the Defendant, (c) provide notice to the Defendant of any evidence it intends to introduce pursuant to Federal Rule of Evidence 404(b), and (d) provide all material to be disclosed under *Giglio v. United States*, 405 U.S. 150 (1972), and its progeny, and all material to be disclosed under the Jencks Act, 18 U.S.C. § 3500. By December 20, 2024, the defense shall (a) file its witness list and exhibit list with the Court, (b) provide copies of all relevant exhibits to the government, and (c) provide notice to the United States of any evidence it intends to introduce under "reverse" Rule 404(b);

4. **Motions *in Limine*.** By January 13, 2025, all motions *in limine* shall be filed, with responses due by January 27, 2025;

5. **Authenticity**. By January 13, 2025, the Defendant will inform the United States whether the Defendant plans to object to the authenticity of any of the United

States' exhibits; the Defendant's failure to object by this date waives authenticity objections;

6. **Jury Instructions**. By January 24, 2025, the parties shall meet and confer and file proposed jury instructions with the Court, noting any disputed instructions;

7. *Voir Dire*. By January 24, 2025, the parties shall file *voir dire* requests with the Court;

8. **Defense Materials**. The Defendant has agreed to produce all remaining material that is required to be disclosed under Federal Rule of Criminal Procedure 26.2 at least 24 hours before the respective witness testifies;

9. **Trial Exhibits**. The government has agreed to identify all exhibits that will, or may, be introduced into evidence during the testimony of its witnesses in its case-in-chief the day before the respective witness testifies; and

10. The pretrial conference will be held on a date to be set.

It is so **ORDERED** at Newark, New Jersey on this  23  day of   September  , 2024.

_____
Honorable Claire C. Cecchi
United States District Judge

3