UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Claire C. Cecchi |
| v. | Criminal No. 23-00891 |
| JEYAKUMAR NADARAJAH | ORDER MODIFYING DEFENDANT'S CONDITIONS OF RELEASE |

This matter having come before the Court on the Defendant's unopposed motion to modify the Defendant's conditions of release in the above-captioned matter, and for good cause shown,

IT IS THE FINDING OF THIS COURT that there is good cause to modify Defendant's conditions of release for the following reasons:

1. The Defendant has successfully completed numerous trips across the border between the United States and Canada, in compliance with the terms of the Court's January 4, 2024 and March 19, 2024 Amended Orders Modifying Defendant's Conditions of Release (ECF Nos. 22 and 36 (the "Amended Travel Orders")).

2. The Defendant has otherwise complied with the terms of the Amended Travel Orders, including advising Pretrial Services prior to his cross-border travel and appearing for regular check-ins with Pretrial Services.

3. The Defendant has demonstrated by his compliance with the terms of the Amended Travel Orders, and his regular contact with counsel and Pretrial Services that the current and proposed conditions of release reasonably assure his appearance as required.

4. The Defendant wishes to travel to the Bahamas for a short holiday trip between December 15 and 18, 2024, and has provided his flight plans and lodging information to the government and Pretrial Services.

5. Both the parties in the above-captioned matter (for the government, John J. Liolos and Amanda Fretto Lingwood, Trial Attorneys) and Pretrial Services Officer Rhonda LeGrand do not oppose the proposed modification to the conditions of release.

IT IS, therefore, on this 5th day of December, ~~November,~~ 2024,

(1) ORDERED that the Defendant's conditions of release be modified as follows:

(a) The Defendant shall be permitted to travel to the Bahamas between December 15 and December 18, 2024. The Defendant shall obtain his passports from his counsel no more than 72 hours before his December 15, 2024 departure date and will return them to counsel immediately after he returns.

(b) All prior conditions of the Defendant's release not modified by this order shall remain in place.

_____
THE HONORABLE ANDRÉ M. ESPINOSA
United States Magistrate Judge

Consented to as to form and entry:

/s/ with email authorization
_____
JOHN LIOLOS and AMANDA FRETTO LINGWOOD
Trial Attorneys

2

/s/ William A. Burck

WILLIAM A. BURCK
Counsel for Defendant Jeyakumar Nadarajah