**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEYAKUMAR NADARAJAH,<br>                              Defendant. | No. 2:23-cr-891 (CCC)<br><br>Honorable Claire C. Cecchi<br><br>Motion Date:  May 14, 2025 |

**NOTICE OF DEFENDANT'S MOTION TO COMPEL**
**DISCLOSURE OF EXCULPATORY INFORMATION**

      Defendant Jeyakumar Nadarajah moves for an order compelling the Government to produce exculpatory information in its possession, custody, or control.  Mr. Nadarajah sets out the grounds for his motion in his supporting memorandum of law and requests oral argument on this motion at the forthcoming motions hearing on May 14, 2025.  (ECF No. 90.)

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  April 11, 2025 | By:  */s/  William A. Burck*<br>William A. Burck<br>Stephen M. Hauss<br>**QUINN EMANUEL URQUHART**<br>**& SULLIVAN, LLP**<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>(202) 538-8000<br>williamburck@quinnemanuel.com<br>stephenhauss@quinnemanuel.com<br><br>Julia S. Choe<br>**QUINN EMANUEL URQUHART**<br>**& SULLIVAN, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br>juliachoe@quinnemanuel.com<br><br>*Counsel for Defendant*<br>*Jeyakumar "Jack" Nadarajah* |