

**RAHUL AGARWAL**
ragarwal@fklaw.com
212.833.1132

June 9, 2025

VIA ECF

Honorable Claire C. Cecchi
United States District Court
District of New Jersey
Martin Luther King Building &
    United States Courthouse
50 Walnut Street, Courtroom 5B
Newark, New Jersey 07101

Re:    June 12 Motions Hearing

Judge Cecchi:

Defendant Jeyakumar "Jack" Nadarajah, by and through undersigned counsel, respectfully submits this letter in advance of the hearing scheduled for June 12, 2025, to provide the Court with a list of pending motions and the names of counsel who will argue each motion. Below, Mr. Nadarajah respectfully proposes a sequence for handling the outstanding motions. Mr. Nadarajah, however, defers to the Court's guidance and will be prepared to address each outstanding motion in the Court's preferred order.

| **Motion Description** | **ECF No(s).** | **Attorney for Defendant** |
| --- | --- | --- |
| Defendant's Motion to Dismiss (Securities Manipulation Exemption) | 90, 100, 104, 105 | Zach Intrater |
| Government's Motion to Exclude Expert Testimony | 84, 91, 101 | Julia Choe |
| Defendant's Motion to Exclude Expert Testimony | 78, 80, 82 | Kiersten Whitfield |
| *Ex Parte* Application for the Issuance of Rule 17(c) Subpoenas | 63, 67 | Julia Choe |
| *Ex Parte* Application for the Issuance of Rule 17(c) Citadel Subpoenas | 70 | Rahul Agarwal |
| Defendant's Motion to Dismiss (Securities Manipulation) | 42, 47, 51 | Stephen Hauss |

| | | |
|---|---|---|
| Defendant's Motion to Dismiss (Wire Fraud) | 40, 45, 49, 55, 58, 59, 73, 106 | Rob Zink |
| Defendant's Motion to Dismiss (Securities Fraud) | 41, 46, 50, 55, 59, 73, 106 | Rob Zink |
| Defendant's Motion to Dismiss (Multiplicity) | 43, 48, 52 | Rob Zink |
| Defendant's Motion to Dismiss (Extrajudicial Statements) | 75, 77, 79 | Stephen Hauss |
| Defendant's Motion for Disclosure of *Brady* Material | 93, 102, 103 | Rahul Agarwal |

Respectfully submitted,

 /s/ Rahul Agarwal
Rahul Agarwal

*Counsel for Defendant*
*Jeyakumar "Jack" Nadarajah*