UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                 Date:   June 12, 2025

JUDGE:  HON. CLAIRE C. CECCHI

COURT REPORTER: RHEA MORALES

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 23-CR-891 (CCC)

Title of Case: U.S.A. v.  JEYAKUMAR NADARAJAH

Appearances:   John Liolos & Amanda Lingwood, AUSAs, for the Government
Robert Zink, Zach Intrater, Kiersten Whitfield
 & Rahul Agarwal, Esqs. for Defendant

**Nature of Proceeding: Motions Hearing**

Defendant present.
Oral Argument on various Motions
ORDERED decision reserved
Supplemental briefing ordered from defendant by 6/23 and Government by 7/11

Time Commenced    10:30 a.m.              Time Adjourned    5:00 p.m.

*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk