UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Claire C. Cecchi |
| | : |
| v. | : Criminal No. 23-00891 |
| | : |
| JEYAKUMAR NADARAJAH | : <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of the United States, by Lorinda I. Laryea, Acting Chief of the United States Department of Justice, Criminal Division, Fraud Section (by John J. Liolos and Amanda F. Lingwood, Trial Attorneys, appearing); and Defendant Jeyakumar Nadarajah, by Quinn Emanuel Urquhart & Sullivan, LLP (William A. Burck, Stephen M. Hauss, and Robert Zink appearing), Agnifilo Intrater LLP (Zach Intrater, appearing), and Friedman Kaplan Seiler Adelman & Robbins LLP (Rahul Agarwal, appearing) for an order granting a continuance of the proceedings in the above-captioned matter in order to allow the parties to fully prepare for trial and so that the parties could attempt to resolve the matter and thereby avoid a possible trial, pursuant to Title 18, United States Code, Section 3161(h)(7)(A); and the defendant being aware that he otherwise has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1), not including time that has been excluded from computation pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq.; and the defendant having

consented to such continuance and having waived such right, and for good cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    1.    The parties require additional time to complete pretrial discovery, including the exchange of discovery, to file appropriate pretrial motions, and to prepare for trial.

    2.    The grant of a continuance will ensure that, taking into account the exercise of due diligence, counsel, including defense counsel, have sufficient time to complete these activities, including preparing for trial.

    3.    The defendant filed pretrial motions, the motions are pending disposition before the Court, and the parties agree the time from the filing of the defendant's motions through disposition on the motions shall be excluded in computing the time within which the trial must commence as the delay resulted from "proceedings concerning the defendant, including . . . delay resulting from any pretrial motion . . . ." 18 U.S.C. § 3161(h)(1)(D).

    4.    The defendant is not in custody and consents to the requested continuance.

    5.    As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

    IT IS, therefore, on this __10__ day of __November__, 2025,

(1)   ORDERED that this action be, and hereby is, continued until November 3, 2026; and it is further

(2)   ORDERED that the period from November 5, 2025, through November 3, 2026, be and hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Honorable Claire C. Cecchi
United States District Judge


Consented to as to form and entry:

/s/ *John J. Liolos*

_____
Amanda F. Lingwood, Trial Attorney
John J. Liolos, Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
Counsel for the United States


/s/ *Stephen M. Hauss*

_____
Stephen M. Hauss
William A. Burck
Robert Zink
Counsel for Defendant Jeyakumar Nadarajah