**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEYAKUMAR NADARAJAH,<br>                              Defendant. | No. 2:23-cr-891 (CCC)<br><br>Honorable Claire C. Cecchi<br><br>**NOTICE OF ADDRESS CHANGE** |

To:   The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that Robert A. Zink, attorney for Defendant Jeyakumar Nadarajah, has a new mailing address. The new mailing address is:

   555 13th St NW, Suite 600
   Washington, DC 20004

   The appropriate changes have also been submitted to PACER.


Dated:  January 21, 2026

                                        /s/ *Robert A. Zink*_____
                                        Robert A. Zink
                                        QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                        555 13th St NW, Suite 600
                                        Washington, DC 20004
                                        (202) 538-8338
                                        robertzink@quinnemanuel.com

                                        *Attorney for Defendant Jeyakumar Nadarajah*