January 27, 2026

**VIA ECF**

Honorable Claire C. Cecchi
United States District Court
District of New Jersey
Martin Luther King Building &
   United States Courthouse
50 Walnut Street, Courtroom 5B
Newark, New Jersey 07101

**Re:**   *United States v. Nadarajah* **(23-cr-891) – Joint Status Letter**

      Pursuant to the Court's October 31, 2025 Order (Dkt. No. 125), the parties met and conferred on December 15, 2025 and January 14, 2026 in an effort to resolve matters presented in the motions currently pending before the Court. The parties were unable to reach a resolution on the outstanding motions, listed below.

      The parties' positions remain the same as outlined in their respective relevant briefing and, where applicable, at oral argument during the June 12, 2025 hearing in this matter. The parties stand ready to provide further oral and/or written argument for the Court if helpful and otherwise await the Court's rulings.

| # | Motion(s) | ECF No(s). |
|---|---|---|
| 1. | Defendant's Motion to Dismiss Counts 1–2 (Wire Fraud) | 40, 45, 49, 55, 58, 59, 73, 106, 109, 121, 122 |
| 2. | Defendant's Motion to Dismiss Counts 3–9 (Securities Fraud) | 41, 46, 50, 55, 59, 73, 106, 109, 115, 118, 120, 121, 122 |
| 3. | Defendant's First Motion to Dismiss Counts 10–16 (Securities Manipulation) | 42, 47, 51 |
| 4. | Defendant's Second Motion to Dismiss Counts 10–16 (Securities Manipulation) | 92 |
| 5. | Government's Motion to Dismiss Counts 10–16 (Securities Manipulation) | 100, 104, 105, 113, 114, 115, 117, 118, 120, 123, 127 (*see also* 92) |
| 6. | Defendant's Motion to Dismiss Counts 3–16 (Multiplicity) | 43, 48, 52, 115, 118, 120 |
| 7. | Defendant's Motion to Dismiss the Indictment (Fair Trial) | 75, 77, 79 |

| # | Motion(s) | ECF No(s). |
|---|-----------|------------|
| 8. | Government's Motion to Exclude Expert Testimony | 84, 91, 101 |
| 9. | Defendant's Motion to Exclude Expert Testimony | 78, 80, 82 |
| 10. | Defendant's Ex Parte Applications for the Issuance of Rule 17(c) Subpoenas | 63, 67, 70 |

Sincerely,

*/s/ John J. Liolos*
John J. Liolos
Amanda Fretto Lingwood

*Counsel for the United States*

*/s/ John Scanlon*
John ("Fritz") Scanlon
William A. Burck
Robert A. Zink
Stephen M. Hauss
Julia S. Choe
Kiersten Whitfield

*/s/ Zach Intrater*
Zach Intrater

*/s/ Rahul Agarwal*
Rahul Agarwal

*Counsel for Mr. Nadarajah*