**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Hon. Claire C. Cecchi |
| | : | |
| v. | : | No. 23-CR-00891 |
| | : | |
| | : | |
| JEYAKUMAR NADARAJAH | : | |
| | : | |
| Defendant. | : | |

_____ :

**Notice of Withdrawal**

Undersigned counsel, John J. Liolos, respectfully files this notice of withdrawal and withdraws his appearance on behalf of the United States in this matter under Local Civ. R. 102.1 and Local Cr. R. 1.1. Counsel is separating from the Department. The United States remains represented by Amanda Lingwood and the Fraud Section. No party will suffer prejudice.

Dated: April 6, 2026

Respectfully submitted,

By:   _/s/ John J. Liolos_
John J. Liolos, Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
John.Liolos@usdoj.gov
(202) 768-2246